THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID RATH, Appellant. (Appeal No. 2.) [852 NYS2d 922]—

Present—Scudder, P.J., Hurlbutt, Smith, Centra and Pine, JJ.

In the Matter of TYLER L., an Infant. HERKIMER COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; MORRIS K., Appellant. [853 NYS2d 519]—

Present—Scudder, P.J., Hurlbutt, Smith, Centra and Pine, JJ.

In the Matter of TAMARA LYNN R., Respondent, v WILLIAM M.C., Appellant. [852 NYS2d 922]—

Present—Scudder, P.J., Hurlbutt, Smith, Centra and Pine, JJ.